**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:14-cr-00012

GREGORY A. DOTSON,

Defendant.

**ORDER**

On March 4, 2014, the Court began a plea hearing in the above-styled case. For reasons stated more fully on the record at that hearing, the plea hearing is **CONTINUED** to **March 6, 2014, at 3:00 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: March 5, 2014

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE