**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 2:14-00012**

**GREGORY A. DOTSON**

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on March 6, 2014, the defendant, Gregory A. Dotson, appeared before this Court, with the assistance of counsel, and pled guilty to a violation of 18 U.S.C. § 1957 (unlawful monetary transaction), as charged in the single-count information filed in this case;

WHEREAS, under the terms of his plea agreement, the defendant consented to the entry of judgment against him in the amount of $308,000, which sum represents a portion of the funds and assets involved in the specified unlawful activity underlying the offense to which the defendant has pled guilty. The plea agreement further identified certain funds and assets that the defendant agreed to forfeit, either directly or as substitute assets, to the United States, in full and complete satisfaction of the forfeiture judgment.

ACCORDINGLY, based on the foregoing, the Court hereby

ORDERS that judgment is entered against Gregory A. Dotson in the amount of $308,000.

The Court further ORDERS that any and all interest of the defendant, Gregory A. Dotson, in and to the following property be, and the same hereby is, FORFEITED to the United States, in full and complete satisfaction of the forfeiture judgment to be entered herein:

1. Cash seized from Mr. Dotson's residence, vehicle and places of business in the amount of $148,730.94;

2. 2012 Mercedes GL550 VIN 4JGDF7DE2DA105519 with estimated fair market value of $96,000;

3. Rolex Oyster Perpetual Date bracelet with estimated fair market value of $5,600 or cash equivalent;

4. Rolex Oyster Perpetual Day-Date Special Edition watch with estimated fair market value of $49,995;

5. Gold-plated .50 caliber Israel Weapons Desert Eagle S/N 422018 with estimated fair market value of $1,839;

6. Colt Gold Mk IV Series 80 S/N FG08097 with estimated fair market value of $2,000;

7. Colt Gold Cup Limited Edition #GCT00921 S.N GCE0146 with estimated fair market value of $1,500;

8. Colt Patriotic Tribute .45 Caliber Piston S/N 281231 with estimated fair market value of $1,750;

9. Taurus 9 mm handgun S/N TBY49014 with estimated fair market value of $750;

10. 40 video gaming machines seized from BD Amusement in South Williamson, Kentucky; and

11. 42 video gaming machines seized from two storage units at Red Robin Rentals in Belfry, Kentucky.

The Court ORDERS that the Internal Revenue Service, or its duly authorized custodian, shall seize or otherwise take into custody any of Item Nos. 1 through 11 listed above that are not already in its possession and shall protect and maintain custody of all Item Nos. 1 through 11 until further Order of the Court.

The Clerk is directed to send certified copies of this Order to counsel of record; to Special Agent Mary Lou Prillaman, IRS Criminal Investigation, 210 First Street, S.W., SE: CI/Suite 503, Roanoke, Virginia, 24011; and to Special Agent Eric Phillips, IRS Criminal Investigation, 150 Court Street, Room 106, Charleston, West Virginia, 25301.

IT IS SO ORDERED this ______ day of ______________, 2014.

______________________________
THOMAS E. JOHNSTON
United States District Judge

ORDER PREPARED BY:

s/ Thomas C. Ryan
THOMAS C. RYAN
Assistant United States Attorney
WV State Bar No. 9883
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: thomas.ryan@usdoj.gov