**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**

**Criminal No.: 2:14-00012**
**18 U.S.C. § 1957**
**GREGORY A. DOTSON** **18 U.S.C § 2**

**SENTENCING MEMORANDUM FOR DEFENDANT GREGORY A. DOTSON**

## I. Introduction

Gregory A. Dotson is a fifty-one year old successful, self-made business man. He received no high school diploma, GED or any other formal training. His education comes from the "School of Hard Knocks." Mr. Dotson and his wife of 33 years came to Logan County in 1983. They showed up with little money and big dreams in a beat up Chevrolet Chevette that had no passenger door. They lived in the Aracoma Hotel while they opened their first business, an ice cream stand. They parked their car in a back alley because they were embarrassed by their meager means. Through hard work, their business soon morphed into a Giovanni's Pizza franchise that continues to operate today as the number one rated franchise for Giovanni's which operates in six states.

For over thirty (30) years, Mr. Dotson has been the owner and operator of B & J Enterprises which does business as Giovanni's Pizza in Logan, West Virginia. Giovanni's currently employs approximately forty (40) people in the very depressed area of Logan County. Over the years, Mr. Dotson has provided jobs for hundreds, if not thousands of people. Mr. Dotson owns a building which has a convenience store located next to Giovanni's Pizza. This business has

been in operation and provided employment for members of the community for the past fifteen years.

Greg Dotson has also been a friend to law enforcement; he cooperated with the government in the investigation, prosecution and conviction of Joseph Farrell, the most notorious "gray machine" operator in the history of West Virginia. Mr. Dotson's cooperation included providing information and testifying in front of a federal grand jury. More recently, the government sought the assistance of Mr. Dotson in the investigation and prosecution of Greg Glick. Mr. Dotson provided information and grand jury testimony with respect to a rather larger arson conspiracy involving numerous persons. Most recently, Mr. Dotson provided information and continues to provide information with respect to an ongoing investigation.

Greg Dotson owned the B. D. Amusement Company which operated the "gray machines" in Kentucky. Mr. Dotson readily admits that he violated federal law in the manner in which he operated the gray machines. Although Mr. Dotson's operation was contrary to law, <u>he accounted for and paid income tax on the profits he received from operating the "grey machines."</u>

While not meaning to diminish the crime committed by Mr. Dotson, putting his crime in perspective, within two weeks after closing the Kentucky operation where all machines were removed by the government, someone else stepped in and is currently operating "gray machines" and making payouts in the same facility. Moreover, there are multiple ongoing "gray machine" facilities operating in South Williamson, Kentucky today. Similar to West Virginia before the legalization of video lottery, Kentucky generally turns a blind eye to this activity.

Without question, Mr. Dotson has accumulated assets over his thirty plus years of being a successful businessman. Mr. Dotson, through hard work, built the Logan Giovanni's from the

ground up into the most profitable franchise for Giovanni's in six states. He has grown other businesses and helped family members start and operate successful businesses. Although he did receive profits from his illegal activity, those profits are not the sole or even major source of Mr. Dotson's estate.

Mr. Dotson urges this Court to impose a sentence of probation with a condition of home confinement allowing him to continue to run his businesses. A term of imprisonment could have devastating effects on his ongoing businesses and employees. Mr. Dotson works seven days a week and three hundred sixty five days a year. The continued viability of these businesses is dependent upon Mr. Dotson being available to run them. Mr. Dotson has been a productive member of society and his businesses currently employ over forty people who are dependent upon Mr. Dotson for their livelihood. Mr. Dotson immediately agreed to cooperate with the government and provided information with respect to other ongoing criminal conduct. Mr. Dotson previously has cooperated with the government against multiple defendants. Mr. Dotson consented to the forfeiture of $308,000. Mr. Dotson voluntarily divested his West Virginia video lottery licenses and agreed never to reapply. Mr. Dotson will forever be a convicted felon. Quite simply, Mr. Dotson has suffered and will continue to suffer greatly for his crime and probation with a condition of home confinement is an appropriate punishment.

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**

**Criminal No.: 2:14-00012**
**18 U.S.C. § 1957**
**GREGORY A. DOTSON** **18 U.S.C § 2**

**CERTIFICATE OF SERVICE**

I, Michael O. Callaghan, hereby certify that on the 24day of September, 2014, I filed the foregoing Sentencing Memorandum with the court using CM/ECF which will send notification of such filing to the following CM/ECF participants:

R. Booth Goodwin II
United States Attorney

Blaire Malkin
Assistant United States Attorney

*s/ Michael O. Callaghan*
Michael O. Callaghan (W.Va. Bar #5509)
NEELY & CALLAGHAN
159 Summers Street
Charleston, WV 25301-2134
(304) 343-6500 telephone
(304) 343-6528 fax
mcallaghan@neelycallaghan.com