# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/2/2014 Case Number 2:14-cr-00012
Case Style: USA vs. Gregory A. Dotson
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Blaire Malkin

Attorney(s) for the Defendant(s) Michael Callaghan

Law Clerk Anna Forbes Probation Officer Michele Jones

Trial Time

Non-Trial Time

Court Time

2:29 to 3:05
Total Court Time: 0 Hours 36 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:29 p.m.

Defendant present in person and by counsel for sentencing as to Single Count Information.
Defendant placed under oath.
Court addresses PSR; no remaining objections.
Court adopts findings in PSR.
Defendant's Exhibit 1 marked and admitted.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
  Total Offense Level: 11
  Criminal History: I
  Custody Range: 8-14 months
  Supervised Release Range: 1-3 years
  Fine Range: $2,000 - $20,000
  Assessment: $100 PAID
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
  Probation: 3 years
  Fine: none imposed
  Assessment: $100 PAID
Court states reasons for sentence imposed.
Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 3:05 p.m.

District Judge Daybook Entry