**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 2:14-00012**

**GREGORY A. DOTSON**

# FINAL ORDER OF FORFEITURE

WHEREAS, on May 15, 2015, this Court entered an Amended Preliminary Order of Forfeiture (ECF 36), pursuant to the provisions of 18 U.S.C. § 982, forfeiting to the United States the interest of the defendant, Gregory A. Dotson, in certain real and personal property, which was used or possessed in violation of assets involved in the specified unlawful activity underlying the offense to which the defendant has pled guilty;

WHEREAS, notice of this criminal forfeiture proceeding was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 25, 2015, and ending on June 23, 2015, as authorized by 21 U.S.C. §853(j) and Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by the Declaration of Publication on File with the Clerk's Office in this case (ECF 37). The Notice set forth the United States' intentions of disposing of the forfeited property according to law and notified third parties of their right to petition the Court, within sixty (60) days from the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property, as provided in 21 U.S.C. §853(n);

AND WHEREAS, it appears from the record in this case that more than thirty (30) days have elapsed since the last date of publication and no

claims have been filed for any of the forfeited property listed in items 1-11;

It is hereby ORDERED, ADJUDGED and DECREED that all right, title and interest in and to the following property be and the same hereby is CONDEMNED, FORFEITED and VESTED in the United States of America pursuant to 18 U.S.C. § 982(b)(1):

The Court further ORDERS that any and all interest of the defendant, Gregory A. Dotson, in and to the following property be, and the same hereby is, FORFEITED to the United States, in full and complete satisfaction of the forfeiture judgment to be entered herein:

1. Cash seized from Mr. Dotson's residence, vehicle and places of business in the amount of $148,730.94 (CATS No. 14-IRS-000316);

2. 2012 Mercedes GL550 VIN 4JGDF7DE2DA105519 with estimated fair market value of $96,000 (CATS No. 14-IRS-000317);

3. Rolex Oyster Perpetual Date Bracelet with estimated fair market value of $5,600 or cash equivalent (CATS No. 14-IRS-000318);

4. Rolex Oyster Perpetual Day-Date Special Edition Watch with estimated fair market value of $49,995 (CATS No. 14-IRS-000319);

5. Gold-plated .50 caliber Israel Weapons Desert Eagle S/N 422018 with estimated fair market value of $1,839 (CATS No. 14-IRS-000320);

6. Colt Gold Mk IV Series 80 S/N FG08097 with estimated fair market value of $2,000 (CATS No. 14-IRS-000321);

7. Colt Gold Cup Limited Edition #GCT00921 S.N GCE0146 with estimated fair market value of $1,500 (CATS No. 14-IRS-000322);

8. Colt Patriotic Tribute .45 Caliber Piston S/N 281231 with estimated fair market value of $1,750 (CATS No. 14-IRS-000323);

9. Taurus 9 mm handgun S/N TBY49014 with estimated fair market value of $750 (CATS No. 14-IRS-000324); and

10. 40 video gaming machines seized from BD Amusement in South Williamson, Kentucky (CATS No. 14-IRS-000352).

11. 34 video gaming machines and 29 boxes of slot tickets and machine parts seized from three storage units at Red Robin Rentals in Belfry, Kentucky (CATS No. 14-IRS-000353).

It is further ORDERED that the Internal Revenue Service shall dispose of the forfeited property according to law.

The Clerk is directed to send certified copies of this Order to counsel of record; to Special Agent Mary Lou Prillaman, IRS Criminal Investigation, 210 First Street, S.W., SE: CI/Suite 503, Roanoke, Virginia, 24011; and to Special Agent Eric Phillips, IRS Criminal Investigation, 150 Court Street, Room 106, Charleston, West Virginia, 25301.

IT IS SO ORDERED this ______ day of ______________, 2015.

___________________________
THOMAS E. JOHNSTON
United States District Judge

Order Prepared by:

s/Blaire L. Malkin
BLAIRE L. MALKIN
Assistant United States Attorney
WV State Bar No. 10671
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: blaire.malkin@usdoj.gov