**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:14-cr-00012

GREGORY A. DOTSON,

Defendant.

**ORDER**

On October 2, 2014, the Defendant was sentenced to a term of 3 years probation. Finding that the Defendant has complied with the rules and regulations of probation and is no longer in need of supervision, it is hereby **ORDERED** that the Defendant be discharged from probation and that the proceedings in this case be terminated.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant at 128 Wheatley Branch Road, Chapmanville, WV 25508, Defendant's counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: November 30, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE